**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 30, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00746-CV

### IN RE TED L. ROBERTSON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-35725**

## MEMORANDUM OPINION

On August 15, 2012, relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Eva M. Guzman, former judge of the 312th District Court of Harris County, to vacate a protective order entered at a default hearing on August 15, 2001. Relator was subsequently convicted of violation of the protective order and claims the protective order is void.Relator's application for writ

of mandamus against a former district judge is dismissed for lack of jurisdiction.  *See* Tex. Gov't Code Ann. § 22.221(b)(1) (West 2004) (providing that court of appeals may issue writ of mandamus against "a judge of a district or county court in the court of appeals district").


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.